```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

James Covington

    v.                                                    Case No. 23-cv-331-SE-AJ

Northern NH Correctional Facility, Warden

### ORDER

After due consideration of the objection filed (doc. no. 8), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 21, 2024. For the reasons explained therein, Mr. Covington's petition (doc. no. 1) is dismissed for lack of jurisdiction.

The court finds that the petitioner has failed to make a substantial showing that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right, and that jurists of reason would find it debatable whether the court was correct in its procedural ruling. See Slack v. McDaniel, 529 U.S. 473, 483–84 (2000); 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

The clerk shall enter judgment and close this case.

                                                      _____
                                                      Samantha D. Elliott
                                                      United States District Judge

Date: January 6, 2025

cc:   James Covington, pro se